1
2
3
4
5
6
7
8
9

JS-6

10
11
12

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

13    EDEN SURGICAL CENTER, a
      California medical corporation,
14

15              Plaintiff,

16        v.

17    STARBUCKS CORPORATION, et al.

18

19              Defendants.

20

Case No. CV13-01958 MMM (VBKx)

**ORDER ON STIPULATION TO
DISMISS COMPLAINT WITH
PREJUDICE PURSUANT TO RULE
41(a)(1)(ii)**

21
22
23
24
25
26
27
28

**[PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE**

1    Pursuant to the Parties' Stipulation Of Dismissal With Prejudice Pursuant to
2    Federal Rule of Civil Procedure 41, and GOOD CAUSE APPEARING THEREFOR,
3    it is **HEREBY ORDERED, ADJUDGED and DECREED** as follows:

4    1)    this entire action, and each and every claim for relief asserted therein,
5          shall be and hereby is **DISMISSED IN ITS ENTIRETY WITH**
6          **PREJUDICE**;

7    2)    each party shall bear its own attorneys' fees and costs in this action.

9    **IT IS SO ORDERED.**

10
11   Dated:   8/23/2013

13   HONORABLE MARGARET M. MORROW
     UNITED STATES DISTRICT COURT JUDGE

15   Firmwide:122266204.1 055187.1033

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

(NO. )                                    2.