1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN SURGICAL CENTER, a California medical corporation, | Case No. CV13-01958 MMM (VBKx) |
| Plaintiff, | **ORDER ON STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(ii)** |
| v. | |
| STARBUCKS CORPORATION, et al. | |
| Defendants. | |

**[PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE**

Pursuant to the Parties' Stipulation Of Dismissal With Prejudice Pursuant to Federal Rule of Civil Procedure 41, and GOOD CAUSE APPEARING THEREFOR, it is **HEREBY ORDERED, ADJUDGED and DECREED** as follows:

1) this entire action, and each and every claim for relief asserted therein, shall be and hereby is **DISMISSED IN ITS ENTIRETY WITH PREJUDICE**;

2) each party shall bear its own attorneys' fees and costs in this action.

**IT IS SO ORDERED.**

Dated:  8/23/2013

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT COURT JUDGE

Firmwide:122266204.1 055187.1033

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

(NO. )     2.